CDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT BARNETT, SR.            :
*Petitioner*,
                               :   CIVIL ACTION
v.                             :   NO. 16-2973

VINCENT MOONEY, ET AL.         :
*Respondents*.                 :

**ORDER**

AND NOW, this 16th day of September 2019, upon careful and independent consideration of Robert Barnett, Sr.'s Petition for Writ of Habeas Corpus, all briefing related thereto, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 27), Petitioner's Objections thereto (ECF No. 32), Respondents' Opposition to said Objections (ECF No. 34), and the state court record, it is hereby ORDERED as follows:

(1) The Report and Recommendation (ECF No. 27) is NOT APPROVED OR ADOPTED; and,

(2) The Petition For A Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE in accordance with this Court's accompanying Memorandum.

BY THE COURT:

C. Darnell Jones, II